**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFO STOR, INFORMATION STORAGE CENTER, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDEX INDUSTRIES, INC., and INTERLAKE MATERIAL HANDLING, INC., a Delaware corporation,<br><br>Defendants.<br>_____/ | No. C 05-02837 WHA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** the parties' stipulation to continue the case management to **NOVEMBER 10, 2005, AT 3:00 P.M.** The parties shall file a joint case management statement at least seven days prior. Please note there will be no further extensions.

**IT IS SO ORDERED.**

Dated: October 7, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE