IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INFO STOR, INFORMATION STORAGE CENTER, INC., a California corporation,

    Plaintiff,

  v.

INDEX INDUSTRIES, and INTERLAKE MATERIAL HANDLING, INC., a Delaware corporation,

    Defendant.

No. C 05-02837 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

According to the January 6, 2006 Certification of ADR Session, the parties have fully settled this matter. The Court requests that the parties submit a stipulated dismissal of this action by no later than **FEBRUARY 17, 2006**.

**IT IS SO ORDERED.**

Dated: January 20, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE